E FILED ON 04/23/19
THOMAS E. CROWE, ESQ.
THOMAS E. CROWE PROFESSIONAL
LAW CORPORATION
tcrowe@thomascrowelaw.com
2830 S. Jones Blvd., Suite 3
Las Vegas, Nevada 89146
(702) 794-0373
Attorney for Debtor-in-possession
Nevada State Bar no. 3048

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | | |
|---|---|---|
| In re: | ) | BANKRUPTCY NUMBER: |
| | ) | BK-S-10-22685-MKN |
| KATHLEEN ELIZABETH BELL, | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | Date: 5/29/2019 |
| | ) | Time: 9:30 a.m. |

## MOTION FOR FINDING OF CIVIL CONTEMPT AND SANCTIONS RELATED THERETO FOR VIOLATION OF CONFIRMATION ORDER AND DISCHARGE INJUNCTION

Comes now, the Debtor above-named, by and through her attorney THOMAS E.

CROWE, ESQ., and moves this Court for an Order for Sanctions against Creditor

Rushmore Mortgage [hereinafter "Rushmore"] for Violation of Confirmation Order. This

motion is made and based upon the papers and pleadings filed herein, together with the

points and authorities attached hereto.

DATED this 23nd day of April, 2019.

THOMAS E. CROWE PROFESSIONAL
LAW CORPORATION

/s/ THOMAS E. CROWE, ESQ.
THOMAS E. CROWE, ESQ.
State Bar No. 3048
2830 S. Jones Blvd. #3
Las Vegas, NV 89146
Attorney for Debtor

## POINT AND AUTHORITIES

Bankruptcy Rule 9020 reads in pertinent part as follows:

Rule 9014 governs a motion for an order of contempt made by the United States trustee or a party in interest.

Bankruptcy Rule 9014(a) provides in pertinent part as follows:

Motion. In a contested matter not otherwise governed by these rules, relief shall be requested by motion, and reasonable notice and opportunity for hearing shall be afforded the party against whom relief is sought. No response is required under this rule unless the court directs otherwise.

11 U.S.C. § 105 (a) provides as follows:

The court may issue any order, process, or judgment that is necessary or appropriate to carry out the provisions of the title. No provisions of this title providing for the raising of an issue by a party in interest shall be construed to preclude the court from, sua sponte, taking any action or making any determination necessary or appropriate to enforce or implement court orders or rules, or to prevent an abuse of process.

11 U.S.C. § 105 (b) provides as follows:

The ability of any district judge or other officer or employee of a district court to exercise any of the authority or responsibilities conferred upon the court under the title shall be determined by reference to the provisions relating to such judge, officer, or employee set forth in title 28. This subsection shall not be interpreted to exclude bankruptcy judges and other officers or employees appointed pursuant to chapter 6 of title 28 from its operation.

Listed on Debtor's Schedules and Statements and provided for in Debtor's confirmed Plan is real property located at 6560 Beacon Road, Las Vegas, Nevada 89108.  Rushmore has refused to accept Debtor's regularly tendered payments pursuant to the Plan. Further, Rushmore has not to date corrected any of the issues of correcting the loan balance in accordance with the

confirmed Plan which are the subject of this motion. The noted errors as to the property delineated in this motion have yet to be corrected and Debtor is further frustrated by misleading and intentionally confusing inaccuracies. There is cause for the Court to grant this motion for sanctions and damages for failure to comply with this Court's Orders.

Over a period of time since confirmation of the plan, Debtor paid all payments and remained compliant with the Plan. However, Debtor was forced to constantly monitor and make request for corrections to her account, due to non-compliance of Rushmore. "Courts have inherent and statutory powers to punish a party that fails to comply with the terms of their orders, and to coerce compliance with such orders." Baldwin Piano, Inc v. Deusche Wurlitzer, GmbH, No. 03 C 2105, 2004 WL 132940, at *1(N.D. III June 15, 2004) (citing United States v. Dowell, 257 F .3d 694, 698 (7th Cir. 2001). The Court is empowered by 11 U.S. C. §105 to ensure compliance with the terms of its orders.

Payments under Debtor's Confirmed Plan and Stipulation entered into by Debtor and Rushmore, provided for monthly payments, beginning January 2011, in the amount of $304.53, and ending December 2040. **See** Confirmation Order with Plan, **Exhibit 1**. Debtor has made every payment through February, 2016, at which time Rushmore ceased accepting payments. **See** cancelled checks, **Exhibit 2.** Despite the fact that Debtor has tendered every required payment, Rushmore shows the Debtor almost forty-eight months delinquent. Subsequently, pursuant to a Payoff Statement dated August 30, 2017, Rushmore shows a reinstatement amount of $66,900.64 consisting of principal, interest and escrow. Debtor has paid all required taxes and insurance directly since confirmation. Debtor tendered every required payment consistent with the plan. Rushmore had no reason to refuse acceptance of payments consistent with the Plan.

This property is currently rented to a long-term renter. If the renter moves out due to fear of the unstable status of the property, it will present a hardship to the debtor as her monthly income will be reduced and she will most likely be forced to move back into the property in order to occupy the residence until another renter is established.

The evidence shows that for months and years following entry of the Order Confirming the Debtor's Plan of Reorganization, the Debtor experienced continued delays and resistance when requests were made to conform loan documents for the property as delineated in the Plan.. "The confirmation order and discharge injunction are critical elements of the fresh start that is afforded to debtors in the Bankruptcy Code. It is essential that creditors respect these court orders and permit debtors to benefit from the rights and protections which they are entitled." In re Thomas, 184 B.R. 237 (Bankr. M.D.N.C. 1195). Further, " by its grant of authority to take action necessary to enforce a court order, authorizing punitive sanctions which are simply another mechanism by which the Court enforces its order…Punitive sanctions, though imposed as punishment after the fact, nonetheless enforce court orders by their variability and the threat of their imposition for violations of such orders." In re Latanowich, 207 B.R. 326, 333 (Bankr.D. Mass.1997).

Rushmore was aware of the terms of the Confirmed Chapter 11 Plan, yet, Rushmore failed to abide by its terms. Rushmore's conduct is in violation of the Court's lawful order. The Reorganized Debtor requests three forms of relief:

    (1) Entry of an order consistent with 11 U.S.C § 1142 (b) compelling Rushmore to realign and modify its loan file to mirror the terms of the Reorganized Debtor's

Confirmed Plans of Reorganization (e.g. interest rate, market value, amortization period, principle amount outstanding),

(2) Entry of an order compelling legal fees for time spent litigating this issue and appropriate sanctions.

(3) Entry of an order imposing compensatory and exemplary damages.

In In re: Castle  Home Builders, Inc., et al., 520 B.R. 98 (Bankr., N.D. Illinois). The Bankruptcy Court held that: 1) the Court had post –confirmation Jurisdiction to enter a final order, and 2) reorganized debtors were entitled to actual damages in the amount of $100,000.00 for servicer's conduct in failing to comply with the terms of the confirmation orders.

Debtor has made all payments as required by the Plan in a timely manner. Notice has been provided to Rushmore  as required by the Plan in a timely manner. Notice has been provided to creditor on multiple occasions regarding its  failure to comply with the provisions of Debtor's Confirmed Plan dated June 13, 2011. See **Exhibit 1**.  Rushmore has failed to provide the current balance of the loans, interest rates, terms of loans and escrow balances in accordance with the confirmed Plan. Further, Rushmore has failed to properly apply payments.

Debtor's Chapter 11 confirmed Plan is binding upon Creditor  Rushmore.  See Code §1141 (a). The Bankruptcy court has jurisdiction to enforcement of confirmation order and imposition of sanctions for mortgagee's post-confirmation conduct, and requested relief. 11 U.S.C.A. §1142 (b). Bankruptcy courts by the section of the Bankruptcy Code authorizing the court to issue any order necessary or appropriate to carry out the provision of title 11 to insure compliance with the terms of its orders. 11 U.S.C.A. §105. Further, Bankruptcy courts may award punitive sanctions for violations of their orders. Code §105 (a).

Debtor requests sanctions for the additional fees and costs associated with having to file this motion. Counsel for Debtor requests sanctions in the amount of $10,000.00, which amount accords with the additional fees and costs associated with having to file this motion. Further, Counsel requests punitive damages in the amount of $10,000.00. Therefore, Debtor respectfully requests that the Court issue an Order for sanctions against Creditor Rushmore.

DATED this 23nd day of April, 2019.

Respectfully submitted:

THOMAS E. CROWE PROFESSIONAL
LAW CORPORATION

/s/ THOMAS E. CROWE, ESQ.
THOMAS E. CROWE, ESQ.
State Bar No. 3048
2830 S. Jones Blvd. #3
Las Vegas, NV 89146
Attorney for Debtor

###

E FILED ON
THOMAS E. CROWE, ESQ.
THOMAS E. CROWE PROFESSIONAL
LAW CORPORATION
2830 S. Jones Blvd. Suite 3
Las Vegas, NV 89146
(702) 794-0373
Attorney for Debtor
Nevada State Bar no. 3048

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA
* * * * * *

| | | |
|---|---|---|
| In re: | ) | BANKRUPTCY NUMBER: |
| | ) | BK-S-10-22685-MKN |
| KATHLEEN ELIZABETH BELL, | ) | Chapter 11 |
| | ) | |
| | ) | Date:   05/29/2019 |
| | ) | Time:   9:30 a.m. |
| Debtor. | ) | |
| | ) | |

## PROPOSED ORDER GRANTING  MOTION FOR FINDING OF CIVIL CONTEMPT AND SANCTIONS RELATED THERETO FOR VIOLATION OF CONFIRMATION ORDER AND DISCHARGE INJUNCTION

Upon Application of Counsel herein, and for good cause appearing,

IT IS HEREBY ORDERED that Rushmore Mortgage is sanctioned in the amount of

$10,000.00 for violation of the Confirmation Order and Discharge Injunction plus $10,000.00 in

punitive damages.

IT IS HEREBY ORDERED that Rushmore Mortgage shall also be responsible for payment of all legal fees spent litigating this issue and appropriate sanctions.

Respectfully Submitted by:


__/s/ THOMAS E. CROWE_____
THOMAS E. CROWE, ESQ.
Attorney for Debtor

In accordance with LR 9021, counsel submitting this document certifies that the order accurately reflects the court's ruling and that (check one):

___ The court has waived the requirement of approval under LR 9021(b)(1).

_XX_ No party appeared at the hearing or filed an objection to the motion.

__ I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document]:

___I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of the order.


__/s/ THOMAS E. CROWE_____
THOMAS E. CROWE, ESQ.

###

# Exhibit 1

E FILED ON 1/3/11
THOMAS E. CROWE, ESQ.
THOMAS E. CROWE PROFESSIONAL
LAW CORPORATION
tcrowelaw@yahoo.com
2830 S. Jones Blvd. #3
Las Vegas, Nevada 89146
(702) 794-0373
Attorney for Debtor-in-possession
Nevada State Bar no. 3048

## UNITED STATES BANKRUPTCY COURT
### DISTRICT OF NEVADA

| | |
|---|---|
| In re: | BANKRUPTCY NUMBER: |
| | BK-S-10-22685-MKN |
| KATHLEEN BELL, | Chapter 11 |
| | |
| Debtor. | Date: TO BE DETERMINED |
| | Time: TO BE DETERMINED |

## DEBTOR'S PLAN OF REORGANIZATION DATED JANUARY 3, 2011

### ARTICLE I
### SUMMARY

This Plan of Reorganization (the "Plan") under Chapter 11 of the Bankruptcy Code (the "Code") proposes to pay creditors of KATHLEEN BELL, (the "Debtor") from rents on property (for secured creditors) and other current monthly income.

This Plan provides for 6 classes of secured claims; 1 class of unsecured claims; and $\underline{0}$ classes of equity security holders. Unsecured creditors holding allowed claims will receive distributions, which the proponent of this Plan has valued at approximately 2 1/2 cents on the dollar or $10,000.00, whichever is lesser. This Plan also provides for the payment of administrative claims, deferred as necessary to achieve Plan confirmation but paid prior to distribution to unsecured creditors.

All creditors should refer to Articles III through VI of this Plan for information regarding the precise treatment of their claim. A disclosure statement that provides more detailed information regarding this Plan and the rights of creditors and equity security holders has been circulated with this Plan. **Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one. (If you do not have an attorney, you may wish to consult one.)**

## ARTICLE II
## CLASSIFICATION OF CLAIMS AND INTERESTS

2.01        Class 1A,1B, 1C and 1D.        Oversecured creditors as listed in Article IV.

2.02        Class 2A and 2B .        The claims of undersecured creditors listed as Class 2 creditors in Article IV, to the extent allowed as a secured claim under §506 of the Code.

2.03        Class 3.        All unsecured claims allowed under §502 of the Code.

2.04        Class 4.        "The interests of the individual Debtor in property of the estate."

## ARTICLE III
## TREATMENT OF ADMINISRATIVE EXPENSE CLAIMS, U.S. TRUSTEE FEES, AND PROIRITY TAX CLAIMS

3.01        Unclassified Claims.  Under section §1123(a)(1), administrative expense claims, and priority tax claims are not in classes.

3.02        Administrative Expense Claims. Each holder of an administrative expense claim allowed under §503 of the Code will be paid in full on the effective date of this Plan (as defined in Article VII), in cash, or upon such other terms as may be agreed upon by the holder of the claim and the Debtor.

3.03        Priority Tax Claims. Each holder of a priority tax claim will be paid within 5 years of assessment.

3.04        United States Trustee Fees. All fees required to be paid by 28 U.S.C. §1930(a)(6) (U.S. Trustee Fees) will accrue and be timely paid until the case is closed, dismissed, or converted to another chapter on the Code. Any U.S. Trustee fees owed on or before the effective date of this Plan will be paid on the effective date.

/ / /

/ / /

/ / /

/ / /

## ARTICLE IV
## TREATMENT OF CLAIMS AND INTERESTS UNDER THE PLAN

4.01    Claims and interests shall be treated as follows under this Plan:

| Class | Impairment | Treatment |
|---|---|---|
| Class 1 Oversecured Creditors | **Impaired** | |
| Class 1-A | Citi Mortgage 509 Casa Del Norte Drive, North Las Vegas, Nevada 89031-2819 | Allowed amount of secured claim: $92,077.28. 4.5% interest paid at $466.54 Principal and Interest per month starting January 2011 through December 2040 or until secured claim is paid in full, whichever is sooner. (Pre-confirmation adequate protection payments credited to principal balance.) Liens to be retained to full amount of secured claim until paid in full |
| Class 1-B | Chase 6560 Beacon Road, Las Vegas, Nevada 89108-5388 | Allowed amount of secured claim: $60,101.77 4.5% interest paid at $304.53 Principal and Interest per month starting January 2011 through December 2040 or until secured claim is paid in full, whichever is sooner. (Pre-confirmation adequate protection payments credited to principal balance.) Liens to be retained to full amount of secured claim until paid in full. |
| Class 1-C | City of Las Vegas Sewer 8900 Monte Oro Drive, Las Vegas, Nevada 89131 | Allowed amount of secured claim: $534.51. Paid in full over five years. |
| Class 1-D | Carmel Canyon HOA 8900 Monte Oro Drive, Las Vegas, Nevada 89131 | Allowed amount of secured claim: $1,359.68. Paid in full over five years. |

| | | |
|---|---|---|
| Class 2  Under Secured claims | Impaired 1st or 2nd mortgages | |
| Class 2-A | Bank of America 8900 Monte Oro Drive, Las Vegas, Nevada 89131 (1st Mortgage) | Allowed amount of secured claim: $195,000.00. 4.5% interest paid at $988.04 Principal and Interest per month starting January 2011 through December 2040 or until secured claim is paid in full, whichever is sooner. (Pre-confirmation adequate protection payments credited to principal balance.) Liens to be retained to full amount of secured claim until paid in full. Unsecured portion of claim in the amount of $188,602.63 to be treated under class 3. |
| Class 2-B | Old Republic Insurance 6560 Beacon Road, Las Vegas, Nevada 89108-5388 (2nd Mortgage) | Allowed amount of secured claim: $29,898.23 4.5% interest paid at $151.49 Principal and Interest per month starting January 2011 through December 2040 or until secured claim is paid in full, whichever is sooner. (Pre-confirmation adequate protection payments credited to principal balance.) Liens to be retained to full amount of secured claim until paid in full. Unsecured portion of claim in the amount of $61,126.12 to be treated under class 3. |
| Class 3 – General Unsecured Creditors | Impaired | 2 1/2 % over 60 months or $10,000.00, whichever is lesser |
| Class 4 – Equity Security Holders of the Debtor | N/A | N/A |

## ARTICLE V
## ALLOWANCE AND DISALLOWANCE OF CLAIMS

     5.01    Disputed Claim. A disputed claim is a claim that has not been allowed or disallowed [by a final non-appealable order], and as to which either: (i) a proof of claim has been filed or deemed filed, and the Debtor or another party in interest has filed an objection; of (ii) no proof of claim has been filed, and the Debtor has scheduled such claim as disputed, contingent, or unliquidated.

     5.02    Delay of Distribution on a Disputed Claim. No distribution will be made on account of a disputed claim unless such claim is allowed [by a final non-appealable order].

     5.03    Settlement of Disputed Claims. The Debtor will have the power and authority to settle and compromise a disputed claim with the court approval and compliance with Rule 9019 of the Federal Rules of Bankruptcy Procedure.

## ARTICLE VI
## MEANS FOR IMPLEMENTATION OF THE PLAN

     All rents received for Debtor's properties will be devoted to principal and interest payments to secured creditors, maintenance and repairs for each property, taxes, insurance and management. All other "current monthly income" of Debtor will be utilized to pay unsecured creditors as required by the confirmed Plan over the 60 month disposable income period.

## ARTICLE VII
## GENERAL PROVISIONS

     7.01    Definitions and Rules of Construction. The definitions and rules of construction set forth in §§101 and 102 of the Code shall apply when terms defined or construed in the Code are used in this Plan, and they are supplemented by the following definitions: N/A.

     7.02    Effective Date of Plan. The effective date of this Plan is the eleventh business day following the date of the entry of the order of confirmation. But if a stay of the confirmation order is in effect on that date, the effective date will be the first business day after that date on which no stay of the confirmation order is in effect, provided that the confirmation order has not been vacated.

     7.03    Severability. If any provision in this Plan is determined to be unenforceable, the determination will in no way limit of affect the enforceability and operative effect of any other provision of this Plan.

     7.04    Binding Effect. The rights and obligations of any entity names or referred to in the Plan will be binding upon, and will inure to the benefit of the successors or assigns of such entity.

     7.05    Captions. The headings contained in this Plan are for convenience or reference only and do not affect the meaning or interpretation of this Plan.

7.06    Controlling Effect. Unless a rule of law or procedure in supplies by federal law (including the Code and the Federal Rules of Bankruptcy Procedure), the laws of the State of Nevada govern this Plan and any agreements, documents, and instruments executed in connection with this Plan, except as otherwise provided in this Plan.

## ARTICLE VIII
## DISCHARGE

8.01.    Discharge. Conformation of this Plan does not discharge any debt provided for in this Plan until the court grants a discharge on completion of all payments under this Plan, or as otherwise provided in §1141 (d)(5) of the Code. The Debtor will not be discharged from any debt excepted for discharge under §523 of the Code, except as provided in Rule 4007(c) of the Federal Rules of Bankruptcy Procedure

8.02.    Lien avoidance. To the extent any lien is determined as totally unsecured, under this Plan, said lien shall be avoided in full upon discharge of the Debtor.

DATED this 3rd day of January 2011.


Respectfully submitted.


By:    /s/ KATHLEEN BELL
        The Plan Proponent


THOMAS E. CROWE PROFESSION
LAW CORPORATION

 /s/ THOMAS E. CROWE
THOMAS E. CROWE, ESQ.
State Bar No.  3048
2830 S. Jones Blvd. #3
Las Vegas, NV  89146
Attorney for Debtor

# Exhibit 2



| Site VIEWPOINTE | Paid Date 20160219 | Serial 1810 | Routing | Account | PC 000060 | Amount 456.02 | Sequence # 383262691 | Ca |
|---|---|---|---|---|---|---|---|---|

KATHLEEN E BELL
N1530 COUNTY ROAD XX
CADOTT, WI 54727

CHECK RECEIVED    76-215198    1810

FEB 09 2016    2-3-16    Date

Pay to the Order of   Chase         MCO PAYMENT PROCESSING         $ 456.02

four hundred & fifty Six dollars    02    Dollars

Wells Fargo Bank, N.A.
Nevada
wellsfargo.com

For   006481098          Bell

⑈1480⑈  0 1810

PAY TO THE ORDER OF
WELLS FARGO BANK N.A.
REFORDEPOSITONLY
RLMS PAYMENT CLEARING
RUSN 742029028
WITHOUT RECOURSE OR ORDER OF:
BY:
TITLE:

Copyright © 2002-06 Wells Fargo & Company. All rights reserved.

| Site VIEWPOINTE | Paid Date 20151207 | Serial 1797 | Routing | Account | PC 000060 | Amount 456.02 | Sequence # 8517553788 | Ca |
|---|---|---|---|---|---|---|---|---|

KATHLEEN E BELL
N1530 COUNTY ROAD XX
CADOTT, WI 54727

CHECK RECEIVED

DEC 07 2015        12-1-15

MCO PAYMENT PROCESSING

1797

Pay to the Order of   Chase                                    $ 456 02

four hundred fifty Six dollars 02/100   Dollars

WELLS FARGO   Wells Fargo Bank, N.A.
Nevada
wellsfargo.com

for   006481 0989              KBell

1480  01797

Pay To The Order Of JPMC Bank, N.A.

Copyright © 2002-06 Wells Fargo & Company. All rights reserved.

| Site VIEWPOINTE | Paid Date 20151116 | Serial 1789 | Routing | Account | PC 000060 | Amount 456.02 | Sequence # 8412543752 | C |
|---|---|---|---|---|---|---|---|---|

**KATHLEEN E BELL**
N1530 COUNTY ROAD XX
CADOTT, WI 54727

1789

CHECK RECEIVED

NOV 13 2015

11-04-15
Date

Pay to the Order of *Chase*                                    $ 456.02

*four hundred & fifty six dollars 02*

WELLS FARGO
Wells Fargo Bank, N.A.
Nevada
wellsfargo.com

A# 0064 84 0989                          K Bell

1480 01789

Pay To The Order Of JPMC Bank N A

Copyright © 2002-06 Wells Fargo & Company. All rights reserved.

| Site VIEWPOINTE | Paid Date 20151009 | Serial 1776 | Routing | Account | PC 000060 | Amount 456.02 | Sequence # 8510845130 | C |
|---|---|---|---|---|---|---|---|---|

**KATHLEEN E BELL**
N1530 COUNTY ROAD XX
CADOTT, WI 54727

CHECK

1776

OCT 0 8 2015  10-2-15
Date

Pay to the
Order of    *Chase*

$ 456.02

*Four hundred fifty Six dollars*

WELLS FARGO
Wells Fargo Bank, N.A
Nevada
wellsfargo.com

For *0064810989*          *Bell*

For *0064810989*

**PayToTheOrder Of JPMC Bank, N.A**

Copyright © 2002-06 Wells Fargo & Company. All rights reserved.



| Site VIEWPOINTE | Paid Date 20150914 | Serial 1769 | Routing | Account | PC 000060 | Amount 456.02 | Sequence # 8318657556 | Ca |

CHECK RECEIVED

KATHLEEN E BELL
N1530 COUNTY ROAD XX
CADOTT, WI 54727

SEP 10 2015        9-2-15        1769

MCO PAYMENT PROCESSING

Pay to the Order of   Chase

Four hundred & fifty six and   $ 456.52

WELLS FARGO
Wells Fargo Bank, N.A.
Nevada
wellsfargo.com

006481098 9        ⦂1480⦂ 01769

Copyright © 2002-06 Wells Fargo & Company. All rights reserved.

| Site VIEWPOINTE | Paid Date 20150813 | Serial 1764 | Routing | Account | PC 000060 | Amount 456.02 | Sequence # 8113779245 | C |
|---|---|---|---|---|---|---|---|---|

**CHECK RECEIVED**

KATHLEEN E BELL
N1530 COUNTY ROAD XX
CADOTT, WI 54727

1764

AUG 1? 2015    8-5-15

Date

MCO PAYMENT PROCESSING

Pay to the Order of ___Chase___    $ 456.02

___four hundred & fifty six dollars___ 02

WELLS FARGO    Wells Fargo Bank, N.A
Nevada
wellsfargo.com

For 0064810959    K Bell

⑈1480⑈ 01764

Pay To The Order Of JPMC Bank, N.A.

Copyright © 2002-06 Wells Fargo & Company. All rights reserved.

| Site VIEWPOINTE | Paid Date 20150717 | Serial 1760 | Routing | Account | PC 000060 | Amount 456.02 | Sequence # 8710704885 | Ca |
|---|---|---|---|---|---|---|---|---|



Copyright © 2002-06 Wells Fargo & Company. All rights reserved.

| Site | Paid Date | Serial | Routing | Account | PC | Amount | Sequence # | C |
|------|-----------|--------|---------|---------|-----|--------|-----------|---|
| VIEWPOINTE | 20150610 | 1750 | | | 000060 | 456.02 | 8515610649 | |

KATHLEEN E BELL
N1530 COUNTY ROAD XX
CADOTT, WI 54727

CHECK RECEIVED

JUN 09 2015    6-3-15

1750

Pay to the
Order of    *Chase* MCO PAYMENT PROCESSING                    $ 456 02

*four hundred + fifty Six dollars* 02

WELLS
FARGO    Wells Fargo Bank, N.A
Nevada
wellsfargo.com

0064810989    *KBell*

⑈1480⑈ 01750

PayToTheOrder Of JPMC Bank, N.A.

Copyright © 2002-06 Wells Fargo & Company. All rights reserved.

| Site VIEWPOINTE | Paid Date 20150521 | Serial 1737 | Routing | Account | PC 000060 | Amount 456.02 | Sequence # 8610893135 | C |
|---|---|---|---|---|---|---|---|---|

KATHLEEN E BELL
DEBTOR-IN-POSSESSION    CHECK RECEIVED    1737
CH 11 CASE 10-22685 (NV)
2729 BRIENZA WAY
LAS VEGAS, NV 89117-3688        MAY 19 2015        5 - 11 - 15
                                                          Date

Pay to the
Order of    *Chase*    MCO PAYMENT PROCESSING        $ 456.62

*Four hundred & fifty Six dollars 62*

WELLS FARGO    Wells Fargo Bank, N.A.
                Nevada
                wellsfargo.com

For 064 810989            *Bell*

⑆1480⑆ 01737

PayToTheOrder Of JPMC Bank, N.A.

Copyright © 2002-06 Wells Fargo & Company. All rights reserved.



| Site VIEWPOINTE | Paid Date 20150422 | Serial 1730 | Routing | Account | PC 000060 | Amount 456.02 | Sequence # 8719922402 | Ca |
|---|---|---|---|---|---|---|---|---|

KATHLEEN E BELL
DEBTOR-IN-POSSESSION
CH 11 CASE 10-22685 (NV)
2729 BRIENZA WAY
LAS VEGAS, NV 89117-3688

CHECK RECEIVED

APR 21 2015    4-6-15    Date

1730

Pay to the Order of    Chase    MCO PAYMENT PROCESSING    $ 456.02

four hundred & fifty Six dollars 02

WELLS FARGO    Wells Fargo Bank, N.A.
Nevada
wellsfargo.com

For 0064810989    Bell

‖480‖ 01730

For In the line Of JPMC Bank, N.A.

Copyright © 2002-06 Wells Fargo & Company. All rights reserved.



| Site VIEWPOINTE | Paid Date 20150318 | Serial 1720 | Routing | Account | PC 000060 | Amount 456.02 | Sequence # 8115345220 | Ca |
|---|---|---|---|---|---|---|---|---|

CHE. RECEIVED

MAR 18 2015

1720

ATHLEEN E BELL
DEBTOR-IN-POSSESSION
CH 11 CASE 10-22685 (NV)
2729 BRIENZA WAY
LAS VEGAS, NV 89117-3688

MCO PAYMENT PROCESSING

3-3-15

Pay to the Order of   Chase                                        $ 456.02

four hundred & fifty six dollars 02/100

WELLS FARGO   Wells Fargo Bank, N.A.
Nevada
wellsfargo.com

For   Acct# 0064810959                    ✗Bell

⑆ ⑆  ⑈480⑈ 01720

Payable only to De La Rue Inc.

Copyright © 2002-06 Wells Fargo & Company. All rights reserved.



| Site VIEWPOINTE | Paid Date 20150224 | Serial 1714 | Routing | Account | PC 000060 | Amount 456.02 | Sequence # 8112782086 | C |

KATHLEEN E BELL
DEBTOR-IN-POSSESSION
CH 11 CASE 10-22685 (NV)
2729 BRIENZA WAY
LAS VEGAS, NV 89117-3688

CHECK RECEIVED

FEB 23 2015     2-7-15

1714

Pay to the Order of    Chase     MCO PAYMENT PROCESSING     $ 456.02

four hundred & fifty six dollars 02/00

WELLS FARGO   Wells Fargo Bank, N.A.
Nevada
wellsfargo.com

For  0064810989 (Acc#)   K Bell

⑈1480⑈ 01714

Copyright © 2002-06 Wells Fargo & Company. All rights reserved.

| Site VIEWPOINTE | Paid Date 20150109 | Serial 1709 | Routing | Account | PC 000060 | Amount 456.02 | Sequence # 8814008167 | C |
|---|---|---|---|---|---|---|---|---|



Copyright © 2002-06 Wells Fargo & Company. All rights reserved.

| Site VIEWPOINTE | Paid Date 20141211 | Serial 1701 | Routing | Account | PC 000060 | Amount 456.02 | Sequence # 8314874755 | C |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |

KATHLEEN E BELL
DEBTOR-IN-POSSESSION   CHECK RECEIVED
CH 11 CASE 10-22685 (NV)
2729 BRIENZA WAY
LAS VEGAS, NV 89117-3688

1701

DEC 10 2014          Dec 2 -14
                                            Date

Pay to the Order of   Chase   MCO PA... PROCESSING          $ 456.02

four hundred & fifty six dollars 02/100          Dollars

WELLS FARGO   Wells Fargo Bank, N.A.
Nevada
wellsfargo.com

For 006481098 9          KBell          MP

⑈11480⑈ 01701

Copyright © 2002-06 Wells Fargo & Company. All rights reserved.

| Site VIEWPOINTE | Paid Date 20141117 | Serial 1693 | Routing | Account | PC 000060 | Amount 456.02 | Sequence # 8817316678 | C |
|---|---|---|---|---|---|---|---|---|



| Site<br>VIEWPOINTE | Paid Date<br>20141020 | Serial<br>1683 | Routing | Account | PC<br>000060 | Amount<br>456.02 | Sequence #<br>8614308972 | C |
|---|---|---|---|---|---|---|---|---|





Copyright © 2002-06 Wells Fargo & Company. All rights reserved.

| Site<br>VIEWPOINTE | Paid Date<br>20140915 | Serial<br>1678 | Routing | Account | PC<br>000060 | Amount<br>456.02 | Sequence #<br>8410342791 | Ca |
|---|---|---|---|---|---|---|---|---|



KATHLEEN E BELL
DEBTOR-IN-POSSESSION                                                    1678
CH 11 CASE 10-22685 (NV)                CHECK RECEIVED 9-8-14
2729 BRIENZA WAY
LAS VEGAS, NV 89117-3688                SEP 15 2014                    Date

Pay to the
Order of  Chase
MGO PAYMENT PROCESSING              $ 456 02

four hundred & fifty six dollar 02

Wells Fargo Bank, N.A.
Nevada
wellsfargo.com

For 0064810989          Bell

⑈1180⑈ 01678

Pay To The Order Of JPMC Bank, N.A.

Copyright © 2002-06 Wells Fargo & Company. All rights reserved.



| Site VIEWPOINTE | Paid Date 20140813 | Serial 1668 | Routing | Account | PC 000060 | Amount 456.02 | Sequence # 8216922864 | Ca |
|---|---|---|---|---|---|---|---|---|

KATHLEEN E BELL
DEBTOR-IN-POSSESSION
CH 11 CASE 10-22685 (NV)
2729 BRIENZA WAY
LAS VEGAS, NV 89117-3688

CHECK RECEIVED

AUG 1 3 2014        8-6-14
                          Date

Pay to the Order of   *Chase*   MCO PAYMENT PROCESSING        $ 456.02

*four hundred fifty six dollars* 02/100        Dollars

WELLS FARGO   Wells Fargo Bank, N.A.
Nevada
wellsfargo.com

For 0064810989        *K Bell*

⑈1480⑈ 01668



Copyright © 2002-06 Wells Fargo & Company. All rights reserved.



| Site | Paid Date | Serial | Routing | Account | PC | Amount | Sequence # | Ca |
|------|-----------|--------|---------|---------|-----|--------|------------|-----|
| VIEWPOINTE | 20140725 | 1663 | | | 000060 | 456.02 | 8613832218 | |

CHECK RECEIVED

KATHLEEN E BELL
DEBTOR-IN-POSSESSION
CH 11 CASE 10-22685 (NV)
2729 BRIENZA WAY
LAS VEGAS, NV 89117-3688

1663

JUL 2 4 2014

N... ...MENT PROCESSING 7-9-14

Pay to the
Order of Chase Bank                    $ 456.02

four hundred & fifty Six dollars 02/100

WELLS FARGO
Wells Fargo Bank, N.A.
Nevada
wellsfargo.com

For 0006481 0989

480 01663

Copyright © 2002-06 Wells Fargo & Company. All rights reserved.

| Site VIEWPOINTE | Paid Date 20140623 | Serial 1655 | Routing | Account | PC 000060 | Amount 456.02 | Sequence # 8619812902 | Ca |
|---|---|---|---|---|---|---|---|---|



Copyright © 2002-06 Wells Fargo & Company. All rights reserved.



| Site | Paid Date | Serial | Routing | Account | PC | Amount | Sequence # | Ca |
|------|-----------|--------|---------|---------|-----|--------|------------|-----|
| VIEWPOINTE | 20140521 | 1650 | | | 000060 | 456.02 | 8615557319 | |

KATHLEEN E BELL
DEBTOR-IN-POSSESSION CHECK RECEIVED                                    1650

CH 11 CASE 10-22685 (NV)
2729 BRIENZA WAY
LAS VEGAS, NV 89117-3688        MAY 2 1 2014        5-6-14
                                                          Date

Pay to the
Order of     Chase  MCO PAYMENT PROCESSING              $ 456.02

four hundred & fifty Six dollars

WELLS FARGO
Wells Fargo Bank, N.A.
Nevada
wellsfargo.com

For  0064810989                    KBell

480  01650

Copyright © 2002-06 Wells Fargo & Company. All rights reserved.

| Site VIEWPOINTE | Paid Date 20140415 | Serial 1641 | Routing | Account | PC 000060 | Amount 456.02 | Sequence # 8713228162 | Ca |
|---|---|---|---|---|---|---|---|---|

**KATHLEEN E BELL**
**DEBTOR-IN-POSSESSION**
CH 11 CASE 10-22685 (NV)
2729 BRIENZA WAY
LAS VEGAS, NV 89117-3688

1641

CHECK RECEIVED

APR 14 2014    4-6-14    Date

Pay to the
Order of      *Chase*    MCO PAYMENT PROCESSING    $ 456.03

*four hundred & fifty SH dollars* 03/100    Dollars

WELLS FARGO
Wells Fargo Bank, N A
Nevada
wellsfargo.com

For    # *0064810989*    *KBell*

⑆1480⑆ 01641

PayToTheOrder Of JPMC Bank, N.A.

Copyright © 2002-06 Wells Fargo & Company. All rights reserved.

| Site<br>VIEWPOINTE | Paid Date<br>20140313 | Serial<br>1635 | Routing | Account | PC<br>000060 | Amount<br>456.02 | Sequence #<br>8416321182 | C |
|---|---|---|---|---|---|---|---|---|



KATHLEEN E BELL
DEBTOR-IN-POSSESSION
CH 11 CASE 10-22685 (NV)
2729 BRIENZA WAY
LAS VEGAS, NV 89117-3688

1635

MAR 12 2014

MCO PAYMENT PROCESSING          3-5-14

Pay to the Order of  *Chase*                                    $ 456.02

*four hundred & fifty six dollars*  02/100

WELLS FARGO
Wells Fargo Bank, N.A.
Nevada
wellsfargo.com

For *0064810989*

⑈480⑈ 01635

Pay To The Order Of JPMC Bank, N.A.

Copyright © 2002-06 Wells Fargo & Company. All rights reserved.

| Site<br>VIEWPOINTE | Paid Date<br>20140225 | Serial<br>1625 | Routing | Account | PC<br>000060 | Amount<br>456.02 | Sequence #<br>8214985440 | Ca |
|---|---|---|---|---|---|---|---|---|

**KATHLEEN E BELL**
**DEBTOR-IN-POSSESSION**
CH 11 CASE 10-22685 (NV)
2729 BRIENZA WAY
LAS VEGAS, NV 89117-3688

CHECK RECEIVED

1625

FEB 24 2014   2-14-14   Date

Pay to the
Order of   Chase   MCO PAYMENT PROCESSING   | $ 456.02

Four hundred & fifty Six dollar

WELLS
FARGO   Wells Fargo Bank, N.A.
Nevada
wellsfargo.com

For   0064810989   KBell   MP

⑆480⑆ 01625

Pay To The Order Of JPMC Bank, N.A.

Copyright © 2002-06 Wells Fargo & Company. All rights reserved.



| Site<br>VIEWPOINTE | Paid Date<br>20140114 | Serial<br>1594 | Routing | Account | PC<br>000060 | Amount<br>456.02 | Sequence #<br>8819170256 | C |
|---|---|---|---|---|---|---|---|---|

KATHLEEN E BELL
DEBTOR-IN-POSSESSION
CH 11 CASE 10-22685 (NV)
2729 BRIENZA WAY
LAS VEGAS, NV 89117-3688

CHECK RECEIVED

JAN 13 2014

1594

MCO PAYMENT PROCESSING

Pay to the Order of    Chase    $ 456.02

four hundred & fifty six dollars    02/

WELLS FARGO
Wells Fargo Bank, N.A.
Nevada
wellsfargo.com

For  00648109 89    K Bell

‖1480‖ 01594

Copyright © 2002-06 Wells Fargo & Company. All rights reserved.



| Site VIEWPOINTE | Paid Date 20131218 | Serial 1584 | Routing | Account | PC 000060 | Amount 456.02 | Sequence # 8216438587 | Ca |
|---|---|---|---|---|---|---|---|---|

KATHLEEN E BELL
DEBTOR-IN-POSSESSION
CH 11 CASE 10-22685 (NV)
2729 BRIENZA WAY
LAS VEGAS, NV 89117-3688

CHECK RECEIVED

DEC 18 2013

MCO PAYMENT PROCESSING

1584

12-5-13 Date

Pay to the Order of Chase                                    $ 456.02

Four hundred & fifty six dollars 02/100                     Dollars

Wells Fargo Bank, N.A.
Nevada
wellsfargo.com

For 64810989

⑈480⑈ 01584

Copyright © 2002-06 Wells Fargo & Company. All rights reserved.

| Site VIEWPOINTE | Paid Date 20131115 | Serial 1576 | Routing | Account | PC 000060 | Amount 456.02 | Sequence # 8612214388 | Ca |
|---|---|---|---|---|---|---|---|---|

KATHLEEN E BELL
DEBTOR-IN-POSSESSION    CHECK RECEIVED
CH 11 CASE 10-22685 (NV)
2729 BRIENZA WAY
LAS VEGAS, NV 89117-3688

NOV 1 4 2013

10-4-13    Date

1576

Pay to the Order of    Chase    MCO PAYMENT PROCESSING    $ 456.02

four hundred & fifty 54    Dollars

WELLS FARGO    Wells Fargo Bank, N.A.
Nevada
wellsfargo.com

For   0064810989

1480    01576

PayToTheOrder Of JPMC Bank, N.A.

Copyright © 2002-06 Wells Fargo & Company. All rights reserved.

| Site VIEWPOINTE | Paid Date 20131018 | Serial 1617 | Routing | Account | PC 000060 | Amount 456.02 | Sequence # 8218541485 | C |
|---|---|---|---|---|---|---|---|---|

**KATHLEEN E BELL**
**DEBTOR-IN-POSSESSION**
CH 11 CASE 10-22685 (NV)
2729 BRIENZA WAY
LAS VEGAS, NV 89117-3688

CHECK RECEIVED

OCT 18 2013    10-9-13

MCO PAYMENT PROCESSING

1617

Pay to the Order of *Chase*

*four hundred + fifty six dollars*

$ 456 02

Wells Fargo Bank, N.A.
Nevada
wellsfargo.com

For *0064810989*    *A Bell*

1480  01617

Pay To The Order Of JPMC Bank, N.A.

Copyright © 2002-06 Wells Fargo & Company. All rights reserved.

| Site | Paid Date | Serial | Routing | Account | PC | Amount | Sequence # | C |
|------|-----------|--------|---------|---------|-----|--------|------------|---|
| VIEWPOINTE | 20130916 | 1609 | | | 000060 | 456.02 | 8516044087 | |

KATHLEEN E BELL
DEBTOR-IN-POSSESSION
CH 11 CASE 10-22685 (NV)
2729 BRIENZA WAY
LAS VEGAS, NV 89117-3688

**CHECK RECEIVED**

SEP 13 2013    3-13

**DELINQUENT CHECK CONTROL**

1609

Pay to the Order of _Chase_                                    $ 456.02

_four hundred & fifty 54 dollars_

WELLS FARGO
Wells Fargo Bank, N.A.
Nevada
wellsfargo.com

For 0064810989                        _K Bell_

1480    01609

Pay To The Order Of JPMC Bank, N.A.

Copyright © 2002-06 Wells Fargo & Company. All rights reserved.

| Site VIEWPOINTE | Paid Date 20130814 | Serial 1571 | Routing | Account | PC 000060 | Amount 456.02 | Sequence # 8619867283 | Ca |
|---|---|---|---|---|---|---|---|---|



KATHLEEN E BELL
DEBTOR-IN-POSSESSION
CH 11 CASE 10-22685 (NV)
2729 BRIENZA WAY
LAS VEGAS, NV 89117-3688

CHECK RECEIVED

AUG 1 4 2013

1571

8-7-13
Date

Pay to the Order of _Chas DELINQUENT CHECK CONTROL_ $ 456.02

_four hundred & fifty Six_ Dollars

WELLS FARGO
Wells Fargo Bank, N.A.
Nevada
wellsfargo.com

0064810989 w

1480 01571

Pay To the Order Of of WC Bank, N.a.

Copyright © 2002-06 Wells Fargo & Company. All rights reserved.

| Site<br>VIEWPOINTE | Paid Date<br>20130717 | Serial<br>1551 | Routing | Account | PC<br>000060 | Amount<br>456.02 | Sequence #<br>8417567470 | Ca |
|---|---|---|---|---|---|---|---|---|

KATHLEEN E BELL
DEBTOR-IN-POSSESSION
CH 11 CASE 10-22685 (NV)
2729 BRIENZA WAY
LAS VEGAS, NV 89117-3688

CHECK RECEIVED
JUL 1 7 2013

1551

6 - 17 - 13

Pay to the
Order of    _Chase_    DELINQUENT CHECK CONTROL    | $ 456.02

_Four hundred fifty six 02_

WELLS FARGO
Wells Fargo Bank, N.A.
Nevada
wellsfargo.com

For    0064810989    _Kell_

⑈1480⑈ 01551

Pay To The Order Of JPMC Bank, N.A.

Copyright © 2002-06 Wells Fargo & Company. All rights reserved.

| Site<br>VIEWPOINTE | Paid Date<br>20130712 | Serial<br>1560 | Routing | Account | PC<br>000060 | Amount<br>456.02 | Sequence #<br>8517897254 | Ca |
|---|---|---|---|---|---|---|---|---|

KATHLEEN E BELL
DEBTOR-IN-POSSESSION
CH 11 CASE 10-22685 (NV)
2729 BRIENZA WAY
LAS VEGAS, NV 89117-3688

CHECK RECEIVED
JUL 12 2013
DELINQUENT CHECK CONTROL    7-8-13    Date

1560

Pay to the Order of    *Chase*    $ *456.02*

*four hundred & fifty Six dollars 02/00*    Dollars

WELLS FARGO    Wells Fargo Bank, N.A.
Nevada
wellsfargo.com

For *0064810989*    *K Bell*

:    480    01560

PayToTheOrder Of JPMC Bank, N.A.

Copyright © 2002-06 Wells Fargo & Company. All rights reserved.

| Site | Paid Date | Serial | Routing | Account | PC | Amount | Sequence # | Ca |
|------|-----------|--------|---------|---------|-----|--------|-----------|-----|
| VIEWPOINTE | 20130515 | 1542 | | | 000060 | 456.02 | 8310499184 | |

CHECK RECEIVED

**KATHLEEN E BELL**
**DEBTOR-IN-POSSESSION**
CH 11 CASE 10-22685 (NV)
2729 BRIENZA WAY
LAS VEGAS, NV 89117-3688

MAY 1 5 2013

1542

DELINQUENT CHECK CONTROL _4-8-13_

Pay to the
Order of _Chase_

$ _456.02_

_four hundred fifty six dollars 02/100_

WELLS FARGO
Wells Fargo Bank, N.A.
Nevada
wellsfargo.com

For _0064810989_

⑆480⑈ 01542

Pay To The Order Of JPMC Bank, N.A.

Copyright © 2002-06 Wells Fargo & Company. All rights reserved.

| Site<br>VIEWPOINTE | Paid Date<br>20130412 | Serial<br>1533 | Routing | Account | PC<br>000060 | Amount<br>456.02 | Sequence #<br>8716661309 | Ca |
|---|---|---|---|---|---|---|---|---|

KATHLEEN E BELL
DEBTOR-IN-POSSESSION
CH 11 CASE 10-22685 (NV)
2729 BRIENZA WAY
LAS VEGAS, NV 89117-3688

1533

DRA EFFECTIVE

APR 11 2013   4-7-13
Date

Pay to the
Order of   Chase                                    $ 456.02

four hundred & fifty Six dollars 02/100   Dollars

WELLS
FARGO
Wells Fargo Bank, N.A.
Nevada
wellsfargo.com

For 0064810989        KBell

1480  01533

Copyright © 2002-06 Wells Fargo & Company. All rights reserved.

| Site VIEWPOINTE | Paid Date 20130315 | Serial 1527 | Routing | Account | PC 000060 | Amount 456.02 | Sequence # 8410754375 | C |
|---|---|---|---|---|---|---|---|---|



Copyright © 2002-06 Wells Fargo & Company. All rights reserved.

| Site<br>VIEWPOINTE | Paid Date<br>20130215 | Serial<br>1522 | Routing | Account | PC<br>000060 | Amount<br>456.02 | Sequence #<br>8616829649 | C |
|---|---|---|---|---|---|---|---|---|

KATHLEEN E BELL
DEBTOR-IN-POSSESSION
CH 11 CASE 10-22685 (NV)
2729 BRIENZA WAY
LAS VEGAS, NV 89117-3688

CHECK RECEIVED

FEB 1 3 2013        2-8-13

1522

Pay to the Order of  *Chase*   DELINQUENT CHECK CONTROL      $ 456.02

*four hundred & fifty Six dollars*

WELLS FARGO  Wells Fargo Bank, N.A.
Nevada
wellsfargo.com

For  0064810989        *KBell*

01522

Pay To The Order Of JPMC Bank, N.A.

Copyright © 2002-06 Wells Fargo & Company. All rights reserved.



| Site VIEWPOINTE | Paid Date 20130116 | Serial 1516 | Routing | Account | PC 000060 | Amount 456.02 | Sequence # 8514792090 | C |

CHECK RECEIVED

KATHLEEN E BELL
DEBTOR-IN-POSSESSION
CH 11 CASE 10-22685 (NV)
2729 BRIENZA WAY
LAS VEGAS, NV 89117-3688

1516

JAN 16 2013   1—9—13

Pay to the Order of   Chase                                          $ 456.02

four hundred fifty 54 dollars

WELLS FARGO   Wells Fargo Bank, N.A.
Nevada
wellsfargo.com

For  0648 10989

Copyright © 2002-06 Wells Fargo & Company. All rights reserved.

Pay To The Order Of JPMC Bank, N.A.

| Site | Paid Date | Serial | Routing | Account | PC | Amount | Sequence # | Ca |
|------|-----------|--------|---------|---------|-----|--------|-----------|-----|
| VIEWPOINTE | 20121217 | 1510 | | | 000060 | 456.02 | 8510334015 | |



KATHLEEN E BELL
DEBTOR-IN-POSSESSION
CH 11 CASE 10-22685 (NV)
2720 BRIENZA WAY
LAS VEGAS, NV 89117-3688

NO BACK UP

1510

12,3      12-9-12      Date

Pay to the Order of  Chase                          $ 456.02

four hundred + fifty six dollars

WELLS FARGO
Wells Fargo Bank, N.A.
Nevada
wellsfargo.com

Acc#

(0064 810989)

Bell

1480  01510

Copyright © 2002-06 Wells Fargo & Company. All rights reserved.

| Site VIEWPOINTE | Paid Date 20121115 | Serial 1502 | Routing | Account | PC 000060 | Amount 456.02 | Sequence # 8615290685 | Ca |
|---|---|---|---|---|---|---|---|---|

KATHLEEN E BELL
DEBTOR-IN-POSSESSION
CH 11 CASE 10-22685 (NV)
2729 BRIENZA WAY
LAS VEGAS, NV 89117-3688

**CHECK RECEIVED**

NOV 16 2012    11-9-12
Date

1502

Pay to the Order of  *Chase*    DELINQUENT CHECK CONTROL    $ 456.02

*four hundred & fifty six dollars*    Dollars

WELLS FARGO    Wells Fargo Bank, N.A.
Las Vegas
wellsfargo.com

For 0064810989    *K Bell*

1480  01502

PayToTheOrder Of JPMC Bank, N.A.

Copyright © 2002-06 Wells Fargo & Company. All rights reserved.



| Site<br>VIEWPOINTE | Paid Date<br>20121011 | Serial<br>1491 | Routing | Account | PC<br>000060 | Amount<br>456.02 | Sequence #<br>8810452491 | C |
|---|---|---|---|---|---|---|---|---|

KATHLEEN E BELL
DEBTOR-IN-POSSESSION
CH 11 CASE 10-22685 (NV)
2729 BRIENZA WAY
LAS VEGAS, NV 89117-3688

1491

10-5-12

Pay to the Order of _Chase_ | $ 456.02

_four hundred fifty six dollas - 00/100_ Dollars

WELLS FARGO
Wells Fargo Bank, N.A.
Nevada
wellsfargo.com

CHECK RECEIVED
OCT 11 2012

Acct# 0064810989

_KBell_

OCT 11 2012
DELINQUENT CHECK CONTROL

1480   0149

PayToTheOrder Of JPMC Bank, N.A.

Copyright © 2002-06 Wells Fargo & Company. All rights reserved.



| Site VIEWPOINTE | Paid Date 20120914 | Serial 1479 | Routing | Account | PC 000060 | Amount 456.02 | Sequence # 8119075991 | C |

KATHLEEN E BELL
DEBTOR-IN-POSSESSION
CH 11 CASE 10-22685 (NV)
2729 BRIENZA WAY
LAS VEGAS, NV 89117-3688

CHECK RECEIVED

1479

9-9-12

Pay to the Order of    Chase                                    $ 456.02

four hundred & fifty six dollars 02/00

WELLS FARGO    Wells Fargo Bank, N A
               Nevada
               wellsfargo.com

Acct# 0064810989              KBell

1480  01479

Copyright © 2002-06 Wells Fargo & Company. All rights reserved.



| Site<br>VIEWPOINTE | Paid Date<br>20120820 | Serial<br>1472 | Routing | Account | PC<br>000060 | Amount<br>456.02 | Sequence #<br>8614426084 | C |
|---|---|---|---|---|---|---|---|---|

CHECK RECEIVED

KATHLEEN E BELL                                    1472
DEBTOR-IN-POSSESSION     AUG    2012
CH 11 CASE 10-22685 (NV)
2729 BRIENZA WAY                8-9-12
LAS VEGAS, NV 89117-3688    DELINQUENT CHECK CONTROL    Date

Pay to the
Order of  Chase                                  $ 456.02

four hundred & fifty six dolley 02/100    Dollars

Wells Fargo Bank, N.A.
Nevada
wellsfargo.com
For  006481089                    KBell

1480  01472

Copyright © 2002-06 Wells Fargo & Company. All rights reserved.

| Site | Paid Date | Serial | Routing | Account | PC | Amount | Sequence # | C |
|------|-----------|--------|---------|---------|-----|--------|------------|---|
| VIEWPOINTE | 20120716 | 1461 | | | 000060 | 456.02 | 8210458333 | |

KATHLEEN E BELL
DEBTOR-IN-POSSESSION
CH 11 CASE 10-22685 (NV)
2729 BRIENZA WAY
LAS VEGAS, NV 89117-3688

CHECK RECEIVED
JUL 16 2012
DELINQUENT CHECK CONTROL

1461

Pay to the Order of  _Chase_                    $ 456.02

_four hundred & fifty six dollars_

WELLS FARGO
Wells Fargo Bank, N.A.
Nevada
wellsfargo.com

Loan#

For  _00648 10989_

⑈⑈480⑈ 0⑈461

Pay To The Order Of PNC Bank, N.A.

Copyright © 2002-06 Wells Fargo & Company. All rights reserved.

| Site<br>VIEWPOINTE | Paid Date<br>20120613 | Serial<br>1452 | Routing | Account | PC<br>000060 | Amount<br>456.02 | Sequence #<br>8716874025 | C |
|---|---|---|---|---|---|---|---|---|

KATHLEEN E BELL
DEBTOR-IN-POSSESSION
CH 11 CASE 10-22685 (NV)
2729 BRIENZA WAY
LAS VEGAS, NV 89117-3688

CHECK RECEIVED

JUN 13 2012

DELINQUENT CHECK CONTROL

1452

6-7-12

Pay to the Order of   Chase                                    $ 456.02

four hundred afifty Six dollars

Wells Fargo Bank, N.A.
Nevada
wellsfargo.com

For 0064810988 Conr #

⑆480⑆ 01452

Pay To The Order Of JPMC Bank, N.A.

Copyright © 2002-06 Wells Fargo & Company. All rights reserved.



| Site VIEWPOINTE | Paid Date 20120515 | Serial 1427 | Routing | Account | PC 000060 | Amount 456.02 | Sequence # 8212569686 | Ca |
|---|---|---|---|---|---|---|---|---|

CHECK RECEIVED                                                      1427

KATHLEEN E BELL
DEBTOR-IN-POSSESSION
CH 11 CASE 10-22685 (NV)
2729 BRIENZA WAY
LAS VEGAS, NV 89117-3688

MAY 15 2012   5-7-12

DELINQUENT CK CONTROL

Pay to the Order of  Chase                                    $ 456.02

Four hundred & fifty six dollars

Wells Fargo Bank, N.A.
Nevada
wellsfargo.com

For  006481099                              Bell

⑈480⑈ 01427

Copyright © 2002-06 Wells Fargo & Company. All rights reserved.

| Site VIEWPOINTE | Paid Date 20120419 | Serial 1414 | Routing | Account | PC 000060 | Amount 456.02 | Sequence # 8319097582 | Ca |
|---|---|---|---|---|---|---|---|---|

CHECK RECEIVED

**KATHLEEN E BELL**
**DEBTOR-IN-POSSESSION**
CH 11 CASE 10-22685 (NV)
2729 BRIENZA WAY
LAS VEGAS, NV 89117-3688

APR 18 2012

4-6-12

1414

DELINQUENT CHECK CONTROL

Pay to the Order of Chase                                          $ 456.02

Four hundred & fifty six dollars 02/100

WELLS FARGO   Wells Fargo Bank, N.A.
Nevada
wellsfargo.com

For Acc'N # 0064810 989                    K Bell

1480 01414

Pay To The Order Of JPMC Bank, N.A.

Copyright © 2002-06 Wells Fargo & Company. All rights reserved.

| Site VIEWPOINTE | Paid Date 20120314 | Serial 1409 | Routing | Account | PC 000060 | Amount 456.02 | Sequence # 8614119624 | Ca |
|---|---|---|---|---|---|---|---|---|

KATHLEEN E BELL
DEBTOR-IN-POSSESSION
CH 11 CASE 10-22685 (NV)
2729 BRIENZA WAY
LAS VEGAS, NV 89117-3688

CHECK RECEIVED

MAR 13 2012    3-6-12

DELINQUENT CHECK CONTROL

1409

Pay to the Order of    Chase                                $ 456.02

Four hundred & fifty six dollars 02/00

Wells Fargo Bank, N.A.
Nevada
wellsfargo.com

For  0064810989

⑆⑆⑆⑆ ⑈480⑈ 01409

PayToTheOrder Of JPMC Bank, N.A.

Copyright © 2002-06 Wells Fargo & Company. All rights reserved.

| Site VIEWPOINTE | Paid Date 20120305 | Serial 1401 | Routing | Account | PC 000060 | Amount 456.02 | Sequence # 8411270019 | Ca |
|---|---|---|---|---|---|---|---|---|

KATHLEEN E BELL
DEBTOR-IN-POSSESSION
CH 11 CASE 10-22685 (NV)
2729 BRIENZA WAY
LAS VEGAS, NV 89117-3688

CHECK RECEIVED
FEB 1 4 2012
DELINQUENT CHECK CONTROL

1401

2-6-12
Date

Pay to the Order of  Chase                                    $ 456.02

four hundred & fifty six dollars  02/100

Wells Fargo Bank, N.A.
Nevada
wellsfargo.com

CHECK RECEIVED
MAR 05 2012
DELINQUENT CHECK CONTROL

0064810989                                   1480  01401

Pay To The Order Of  FDIC Bank, N A

Copyright © 2002-06 Wells Fargo & Company. All rights reserved.

| Site | Paid Date | Serial | Routing | Account | PC | Amount | Sequence # | C |
|------|-----------|--------|---------|---------|-----|--------|------------|---|
| VIEWPOINTE | 20111215 | 1378 | | | 000060 | 456.02 | 8511431369 | |

**KATHLEEN E BELL**
**DEBTOR-IN-POSSESSION**
CH 11 CASE 10-22685 (NV)
2729 BRIENZA WAY
LAS VEGAS, NV 89117-3688

CHECK RECEIVED

DEC 15

1378

11-28-11    Date

Pay to the
Order of __Chase__    $ 456.02

__Four hundred & fifty six dollars__    62

DELINQUENT CHECK CONTROL

WELLS FARGO    Wells Fargo Bank, N.A.
Nevada
wellsfargo.com

For  ACCT# 0064810989    Bell

ı:  ⑉⑂⑆ ⑈①④⑧⓪ⅱ  ⓪①③⑦⑧

PavToTheOrder Of PNC Bank, NA

Copyright © 2002-06 Wells Fargo & Company. All rights reserved.

| Site VIEWPOINTE | Paid Date 20111115 | Serial 1370 | Routing | Account | PC 000060 | Amount 456.02 | Sequence # 8416660710 | C |
|---|---|---|---|---|---|---|---|---|

**KATHLEEN E BELL**
**DEBTOR-IN-POSSESSION**
CH 11 CASE 10-22685 (NV)
2729 BRIENZA WAY
LAS VEGAS, NV 89117-3688

CHECK RECEIVED

1370

NOV 14 2011

11-5-11    Date

Pay to the Order of _Chase_                               | $ _456.02_

_Four hundred fifty six dollars %0_                Dollars

DELINQUENT CHECK CONTROL   02

WELLS FARGO    Wells Fargo Bank, N.A.
Nevada
wellsfargo.com

_Acct# 006481098 9_                    _K Bell_

⑈ 1480⑈ 0 1370

PayToTheOrder Of JPMC Bank, N.A.
PayToTheOrder Of JPMC Bank, N.A.

Copyright © 2002-06 Wells Fargo & Company. All rights reserved.



| Site | Paid Date | Serial | Routing | Account | PC | Amount | Sequence # | Ca |
| VIEWPOINTE | 20111012 | 1361 | | | 000060 | 456.02 | 8313813439 | |

KATHLEEN E BELL
DEBTOR-IN-POSSESSION
CH 11 CASE 10-22685 (NV)
2729 BRIENZA WAY
LAS VEGAS, NV 89117-3686

1361

10-1-11

Pay to the Order of  *Chase Bank*                                    $ 456.02

*four hundred & fifty six*                                    Dollars

WELLS FARGO  Wells Fargo Bank, N.A.
Nevada
wellsfargo.com

Acct# 0064810989

PayToTheOrder Of JPMC Bank N.A.

Copyright © 2002-06 Wells Fargo & Company. All rights reserved.



| Site VIEWPOINTE | Paid Date 20110913 | Serial 1351 | Routing | Account | PC 000060 | Amount 456.02 | Sequence # 8519345452 | Ca |
|---|---|---|---|---|---|---|---|---|

CHECK RECEIVED

KATHLEEN E BELL
DEBTOR-IN-POSSESSION
CH 11 CASE 10-22685 (NV)
2729 BRIENZA WAY
LAS VEGAS, NV 89117-3688

1351

SEP 12 2011

DELINQUENT CHECK CONTROL

9-6-11

Pay to the Order of   Chase Mtg                    $ 456.02

Four hundred & fifty Six 02/100

WELLS FARGO
Wells Fargo Bank, N.A.
Nevada
wellsfargo.com

Acc #   0064810989

for                                    KBell

⑈480⑈ 01351



PayToTheOrder Of JPMC Bank, N.A.

Copyright © 2002-06 Wells Fargo & Company. All rights reserved.

| Site VIEWPOINTE | Paid Date 20110805 | Serial 1336 | Routing | Account | PC 000060 | Amount 456.02 | Sequence # 8314630437 | C |
|---|---|---|---|---|---|---|---|---|

KATHLEEN E BELL
DEBTOR-IN-POSSESSION
CH 11 CASE 10-22685 (NV)
2729 BRIENZA WAY
LAS VEGAS, NV 89117-3888

CHECK RECEIVED

AUG 05 2011

DELINQUENT CHECK CONTROL

1336

Pay to the Order of    *Chase*

8-1-11
Date

$ 456.02

*four hundred fifty Six dollars 02/100*

WELLS FARGO
Wells Fargo Bank, N.A.
Nevada
wellsfargo.com

For  *A# 0064810989*

*Bell*

1480  01336

PayToTheOrder Of JPMC Bank, N.A.

Copyright © 2002-06 Wells Fargo & Company. All rights reserved.

| Site<br>VIEWPOINTE | Paid Date<br>20110715 | Serial<br>1291 | Routing | Account | PC<br>000060 | Amount<br>456.02 | Sequence #<br>8211116431 | Ca |
|---|---|---|---|---|---|---|---|---|

**KATHLEEN E BELL**
**DEBTOR-IN-POSSESSION**
CH 11 CASE 10-22685 (NV)
2729 BRIENZA WAY
LAS VEGAS, NV 89117-3688

1291

7-8-11

Pay to the Order of  *Chase Home finance*  | $ *456.02*

*four hundred fifty six dollars 02/100*  Dollars

WELLS FARGO
Wells Fargo Bank, N.A.
Nevada
wellsfargo.com

For  Act# 0064810989

⑈⑈⑈4⑈80⑈⑈ 0⑈29⑈

Pay To The Order Of JPMC Bank, N.A.

Copyright © 2002-06 Wells Fargo & Company. All rights reserved.

| Site VIEWPOINTE | Paid Date 20110607 | Serial 1281 | Routing | Account | PC 000060 | Amount 456.02 | Sequence # 8216033627 | Ca |
|---|---|---|---|---|---|---|---|---|

**KATHLEEN E BELL**
**DEBTOR-IN-POSSESSION**
CH 11 CASE 10-22685 (NV)
2729 BRIENZA WAY
LAS VEGAS, NV 89117-3688

1281

6-1-11

Pay to the Order of _Chase Home Finance_        $ 456.02

_Four hundred & fifty Six dollars_ 02                    Dollars

WELLS FARGO
Wells Fargo Bank, N.A.
Nevada
wellsfargo.com

For _tax 10999_                    K Bell

⑈1480⑈  0 1 2 8 1

Pay To The Order Of JPMC Bank, N.A.

Copyright © 2002-06 Wells Fargo & Company. All rights reserved.

| Site<br>VIEWPOINTE | Paid Date<br>20110516 | Serial<br>1315 | Routing | Account | PC<br>000060 | Amount<br>456.02 | Sequence #<br>8212817490 | C |
|---|---|---|---|---|---|---|---|---|

KATHLEEN E BELL
DEBTOR-IN-POSSESSION
CH 11 CASE 10-22685 (NV)
2729 BRIENZA WAY
LAS VEGAS, NV 89117-3688

CHECK RECEIVED
MAY 16 2011
DELINQUENT CHECK CONTROL

1315

5-11-11    Date

Pay to the
Order of    Chase    $ 456.02

Four Hundred & fifty Six dollars    Dollars

WELLS
FARGO    Wells Fargo Bank, N.A.
Nevada
wellsfargo.com

For    64810989    K Bell

1480    01315

Pay to the Order of JPMC Bank, N.A.

Copyright © 2002-06 Wells Fargo & Company. All rights reserved.

| Site | Paid Date | Serial | Routing | Account | PC | Amount | Sequence # | C₂ |
|------|-----------|--------|---------|---------|-----|--------|------------|-----|
| VIEWPOINTE | 20110418 | 1273 | | | 000060 | 456.02 | 8110694941 | |

Acc# 0064810989

KATHLEEN E BELL
DEBTOR-IN-POSSESSION
CH 11 CASE 10-22685 (NV)
2729 BRIENZA WAY
LAS VEGAS, NV 89117-3688

APR 16 2011  1273

4-10-11 DRA

Pay to the
Order of  Chase Home finance  $ 456.02

four hundred fifty six dollars 02/100  Dollars

WELLS
FARGO
Wells Fargo Bank, N.A.
Nevada
wellsfargo.com

RE# 10-22685

⑆ ⑆ 2480⑈ 01273

Pay To The Order Of Chase Home Finance

Copyright © 2002-06 Wells Fargo & Company. All rights reserved.

| Site | Paid Date | Serial | Routing | Account | PC | Amount | Sequence # | Ca |
|------|-----------|--------|---------|---------|-----|--------|------------|-----|
| VIEWPOINTE | 20110316 | 1269 | ▬▬▬ | ▬▬▬ | 000060 | 456.02 | 8715334640 | |

KATHLEEN E BELL
DEBTOR-IN-POSSESSION
CH 11 CASE 10-22685 (NV)
2729 BRIENZA WAY
LAS VEGAS, NV 89117-3688

CHECK RECEIVED

MAR 16 2013

DELINQUENT CHECK CONTROL

1269

Pay to the Order of    Chase                                    $ 456.02

four hundred fifty six +02/                        Dollars

WELLS FARGO    Wells Fargo Bank, N.A.
Nevada
wellsfargo.com

For  Loan 0064810989  Bankruptcy # 10-22685     K Bell

480   01269

Copyright © 2002-06 Wells Fargo & Company. All rights reserved.



| Site VIEWPOINTE | Paid Date 20110216 | Serial 1260 | Routing | Account | PC 000060 | Amount 456.02 | Sequence # 8210671360 | Ca |
|---|---|---|---|---|---|---|---|---|

Copyright © 2002-06 Wells Fargo & Company. All rights reserved.

| Site | Paid Date | Serial | Routing | Account | PC | Amount | Sequence # | C₂ |
|------|-----------|--------|---------|---------|-----|--------|------------|-----|
| VIEWPOINTE | 20110103 | 1241 | | | 000060 | 456.02 | 8512290718 | |

KATHLEEN E BELL
DEBTOR-IN-POSSESSION
CH 11 CASE 10-22685 (NV)
2729 BRIENZA WAY
LAS VEGAS, NV 89117-3688

*Loan #* OCT HRN 0988

CHECK RECEIVED

JAN 03 2011    *12-26-10*

1241

Pay to the Order of *Chase*    DELINQUENT CHECK CONTROL    $ *456.02*

*four hundred & fifty Six dollars*

WELLS FARGO    Wells Fargo Bank, N.A.
Nevada
wellsfargo.com

For *1st New payment*    *Bell*

⑈ 480⑈ 01241

Copyright © 2002-06 Wells Fargo & Company. All rights reserved.