NATALIE L. WINSLOW, ESQ.
Nevada Bar No. 12125
WILLIAM S. HABDAS, ESQ.
Nevada Bar No. 13138
**AKERMAN LLP**
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134
Telephone:    (702) 634-5000
Facsimile:    (702) 380-8572
Email: natalie.winslow@akerman.com
Email: william.habdas.@akerman.com

*Attorneys for Rushmore Loan Management Services, LLC*

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>KATHLEEN ELIZABETH BELL,<br><br>Debtor. | Case No.: 10-22685-mkn<br><br>Chapter 11<br><br>**NOTICE OF HEARING ON MOTION FOR FINDING OF CIVIL CONTEMPT AND SANCTIONS RELATED THERETO FOR VIOLATION OF CONFIRMATION ORDER AND DISCHARGE INJUNCTION** |

**NOTICE IS HEREBY GIVEN** that a motion for finding of civil contempt and sanctions related thereto for violation of confirmation order and discharge injunction was filed on April 23, 2019, by Rushmore Loan Management Services, LLC (**Rushmore**), and that a hearing will be held before the Honorable United States Bankruptcy Judge Mike K. Nakagawa, in the Foley Federal Building, 300 Las Vegas Boulevard South, Las Vegas, Nevada 89101, Courtroom 2, on **September 18, 2019**, at the hour of **9:30 a.m.** Any opposition must be filed pursuant to Local Rule 9014(d)(1).

...

...

...

...

1

49555498;1

**NOTICE IS FURTHER GIVEN** that if you do not want the Court to grant the relief sought in the motion, or if you want the court to reconsider your views on the motion, then you must file an opposition with the Court, and serve a copy on the person making the Motion, no later than 14 days preceding the hearing date for the motion, unless an exception applies (see Local Rule 9014(d)(3)). The opposition must state your position, set forth all relevant facts and legal authority, and be supported by affidavits or declarations that conform to Local Rule 9014(c).

If you object to the relief request, you must file a **WRITTEN** response to this pleading with the Court. You *must* also serve your written response on the person who sent you this notice.

If you do not file a written response with the Court, or if you do not serve your written response on the person who sent you this notice then:

- The Court may refuse to allow you to speak at the scheduled hearing, and
- The Court may rule against you without formally calling the matter at the hearing.

Dated this 29th day of July, 2019.

**AKERMAN LLP**

*/s/ William S. Habdas*
NATALIE L. WINSLOW, ESQ.
Nevada Bar No. 12125
WILLIAM S. HABDAS, ESQ.
Nevada Bar No. 13138
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134

*Attorneys for Rushmore Loan Management Services, LLC*

**AKERMAN LLP**
1635 VILLAGE CENTER CIRCLE, SUITE 200
LAS VEGAS, NEVADA 89134
TEL.: (702) 634-5000 – FAX: (702) 380-8572

49555498;1

# CERTIFICATE OF SERVICE

1.   On July 29th 2019, I served the following document: **NOTICE OF HEARING ON MOTION FOR FINDING OF CIVIL CONTEMPT AND SANCTIONS RELATED THERETO FOR VIOLATION OF CONFIRMATION ORDER AND DISCHARGE INJUNCTION**, I served the above-named document by the following means to the persons as listed below: *(Check all that apply)*

☒   **a.    ECF System**

Thomas E. Crowe, Esq.
THOMAS E. CROWE PROFESSIONAL LAW CORPORATION
2830 S. Jones Boulevard, Suite 3
Las Vegas, NV 89146

*Attorneys for Debtor Kathleen Elizabeth Bell*

U.S. Trustee – LV – 11
300 Las Vegas Boulevard S., Suite 4300
Las Vegas, NV 89101

☐   **c.    Personal Service**

I personally delivered the document(s) to the persons at these addresses:

☐   For a party represented by an attorney, delivery was made by handing the document(s) to the attorney or by leaving the documents(s) at the attorney's office with a clerk or other person in charge, or if no one is in charge by leaving the documents(s) in a conspicuous place in the office.

☐   For a party, delivery was made by handing the document(s) to the party or by leaving the document(s)at the person's dwelling house or usual place of abode with someone of suitable age and discretion residing there.

☐   **d.    By direct mail (as opposed to through the ECF System)**

☐   **e.    By fax transmission**

☐   **f.    By messenger**

**I declare under penalty of perjury that the foregoing is true and correct.**

Signed on:  July 29, 2019.

| Patricia Larsen | */s/ Patricia Larsen* |
|---|---|
| (Name of Declarant) | (Signature of Declarant) |

AKERMAN LLP
1635 VILLAGE CENTER CIRCLE, SUITE 200
LAS VEGAS, NEVADA 89134
TEL.: (702) 634-5000 – FAX: (702) 380-8572

3

49555498;1